[Nos. 3575–1–III; 3653–7–III.   Division Three.   June 2, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
DWAYNE ANDERSON, *Appellant*.

Appeals from judgments of the Superior Court for
Spokane County, No. 79–1–00490–2, Robert S. Day and
Richard G. Patrick, JJ., entered July 17 and September 18,
1979. *Affirmed* by unpublished opinion per Green, J., con-
curred in by McInturff, C.J., and Roe, J.

[No. 3786–0–III.   Division Three.   June 2, 1981.]

DENNIS B. SWARTOUT, *Appellant*, v. PINE SHED
CAFE, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 79–2–06035–1, Donald N. Olson, J.,
entered December 21, 1979. *Reconsideration denied* by
unpublished per curiam opinion.

[No. 4616–II.   Division Two.   June 5, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERT
DEAN HUTCHINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 79–1–00331–0, Thomas L. Lodge, J., entered
February 17, 1980. *Affirmed* by unpublished opinion per
Pearson, J., concurred in by Reed, C.J., and Petrie, J.

[No. 8870–0–I.   Division One.   June 8,. 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY
JOHN ERICKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 79–1–01351–6, Peter K. Steere, J., entered
May 1, 1980. *Affirmed* by unpublished opinion per James,
C.J., concurred in by Williams and Durham, JJ.